AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

Jennifer Perayeff, *See attached*

Plaintiff

v.

Labrada Bodybuilding Nutrition, Inc., *See attached*

Defendant

Civil Action No. CV12-03651 SVW(JEMx) ALIAS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian Tomina (Bar No. 255386)
Oliver Law Group PC
950 W. University Drive, Suite 200
Rochester, MI 48307

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAY 10 2012

Date: _____

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

**OLIVER LAW GROUP, PC**
Brian Tomina, Bar No. 255386
Attorneys for Plaintiff and Proposed Class
950 W. University Dr., #200
Rochester, Michigan 48307
248.327.6556
notifications@oliverlg.com



FILED
12 APR 27 AM 9:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

JENNIFER PERAYEFF,
Individually and on Behalf of All
Others Similarly Situated,

   Plaintiffs,

v.

LABRADA BODYBUILDING
NUTRITION, INC.;
LABRADA NUTRITIONAL
SYSTEMS, INC.;
MASS NUTRITION, INC.; and
DOE DEFENDANTS 1-250, inclusive,

   Defendants.

CV12-03651 SVW (JEMx)
Case No.
Hon:

**CLASS ACTION COMPLAINT**

1. VIOLATIONS OF CALIFORNIA CIVIL CODE SECTION 1750 ET SEQ.

2. VIOLATIONS OF CALIFORNIA BUSINESS & PROFESSIONS CODE SECTION 17200 ET SEQ.

3. VIOLATIONS OF STATE CONSUMER PROTECTION STATUTES

4. NEGLIGENCE

5. FRAUD

6. BREACH OF WARRANTIES

7. INTENTIONAL MISPRESENTATION

8. NEGLIGENT MISREPRESENTATION

9. UNJUST ENRICHMENT

1

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Jennifer Perayeff, *see attached* | )<br>) |
| Plaintiff | ) |
| v. | ) Civil Action No. **CV12-03651 SVW(JEMx)** |
| Labrada Bodybuilding Nutrition, Inc., *see attached* | ) ALIAS |
| Defendant | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brian Tomina (Bar No. 255386)
Oliver Law Group PC
950 W. University Drive, Suite 200
Rochester, MI 48307

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MAY 10 2012

CLERK OF COURT

**JULIE PRADO** (SEAL)

Date: _____

*Signature of Clerk or Deputy Clerk*

**OLIVER LAW GROUP, PC**
Brian Tomina, Bar No. 255386
Attorneys for Plaintiff and Proposed Class
950 W. University Dr., #200
Rochester, Michigan 48307
248.327.6556
notifications@oliverlg.com



FILED
12 APR 27 AM 9:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

JENNIFER PERAYEFF,
Individually and on Behalf of All
Others Similarly Situated,

    Plaintiffs,

v.

LABRADA BODYBUILDING
NUTRITION, INC.;
LABRADA NUTRITIONAL
SYSTEMS, INC.;
MASS NUTRITION, INC.; and
DOE DEFENDANTS 1-250, inclusive,

    Defendants.

CV12-03651 SVW (JEMx)

Case No.
Hon:

**CLASS ACTION COMPLAINT**

1. VIOLATIONS OF CALIFORNIA CIVIL CODE SECTION 1750 ET SEQ.

2. VIOLATIONS OF CALIFORNIA BUSINESS & PROFESSIONS CODE SECTION 17200 ET SEQ.

3. VIOLATIONS OF STATE CONSUMER PROTECTION STATUTES

4. NEGLIGENCE

5. FRAUD

6. BREACH OF WARRANTIES

7. INTENTIONAL MISPRESENTATION

8. NEGLIGENT MISREPRESENTATION

9. UNJUST ENRICHMENT

1