NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER
Oliver Law Group P.C.
Brian Tomina (Bar No. 255386)
950 W. University Drive, Suite 200
Rochester, Michigan 48307
248-327-6556

FILED

12 APR 27 AM 9:59

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

ATTORNEYS FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jennifer Perayeff,
individually and on Behalf of all
others similarly situated,

Plaintiff(s),

v.

Labrada Bodybuilding Nutrition, Inc.; Labrada
Nutritional Systems, Inc.; Mass Nutrition, Inc.; and
Doe Defendants 1-250, inclusive,

Defendant(s)

CASE NUMBER

CV12-03651 SVW (FFMx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff Jennifer Perayeff
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Jennifer Perayeff | Plaintiff |
| Labrada Bodybuilding Nutritional, Inc. | Defendant |
| Labrada Nutritional Systems, Inc. | Defendant |
| Mass Nutrition, Inc. | Defendant |
| Doe Defendants 1-250 | Defendant |

4/26/12
Date

[signature]
Sign

Brian Tomina
Attorney of record for or party appearing in pro per

CV-30 (04/10)                NOTICE OF INTERESTED PARTIES