OLIVER LAW GROUP, PC
Nick Suciu (MI P72052)
950 W. University Dr., #200
Rochester, Michigan  48307

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jennifer Perayeff, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:12-cv-03651 |
| v. | |
| Labrada Bodybuilding Nutrition, Inc., Labrada Nutritional Systems, Inc., Mass Nutrition, Inc., et al | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

NOTICE:  Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application.  Please submit the fee with your application, if you are efiling the application attach a copy of your receipt.  Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk.  If no Appointment Affidavit is on file, submission of the application is required.  **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted.  Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Nick Suciu III                                                                 , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant:
Jennifer Perayeff                                                    by whom I have been retained.

My business information is:
Oliver Law Group P.C.
_____
*Firm Name*
950 W. University Drive, Suite 200
_____
*Street Address*                nsuciu@oliverlg.com
Rochester, Michigan, 48307                              _____
*City, State, Zip*                                *E-Mail Address*
248-327-6556                      248-436-3385
*Telephone Number*                *Fax Number*

I am a member in good standing and eligible to practice before the following courts.  List all that apply.  Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| United States District Court for the Eastern District of Michigan | 9-1-2009 |
| United States District Court for the Western District of Michigan | 9/29/2011 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Brian Tomina _____ as local counsel, whose business information is as follows:

Oliver Law Group P.C.
*Firm Name*

950 W. University Drive, Suite 200
*Street Address*

Rochester, Michigan. 48307
*City, State, Zip*

notifications@oliverlg.com
*E-Mail Address*

248-755-7180
*Telephone Number*

*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   May 2, 2012

Nick Suciu III
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   May 2, 2012

Brian Tomina
*Designee's Name (please print)*

*Designee's Signature*

255386
*Designee's California State Bar Number*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.



# State Bar of Michigan

## Certificate of Good Standing

This certifies that Nick Sacu, III, P72052 of Rochester, Michigan is an active member of the State Bar of Michigan in good standing.

He/She was admitted to practice in Michigan on November 12, 2008 in Oakland County and became a member of the State Bar of Michigan on November 20, 2008.

Janet K. Welch, Executive Director
April 06, 2012