OLIVE LAW GROUP PC
Nick Suciu (MI P72052)
950 W. University Drive, Suite 200
Rochester, Michigan 48307

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| Jennifer Perayeff, | CASE NUMBER: |
|---|---|
| Plaintiff(s) <br> v. | 2:12-cv-03651 |
| Labrada Bodybuilding Nutrition, Inc., Labrada Nutritional Systems Inc., Mass Nutrition, Inc., and Doe Defendants 1-250, <br><br> Defendant(s). | ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Nick Suciu , of Oliver Law Group PC; 950 W. University Drive, #200, Rochester, MI 48307
   *Applicant's Name*                    *Firm Name / Address*

248-327-6556                             nsuciu@oliverlg.com
   *Telephone Number*                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☑ Plaintiff   ☐ Defendant
☐ Intervener or other interested person  Jennifer Perayeff

and the designation of  Brian Tomina, CA Bar No. 255386
                       *Local Counsel Designee /State Bar Number*

of  Oliver Law Group PC; 950 W. University Drive, #200, Rochester, MI 48307
    *Local Counsel Firm / Address*

248-755-7180                             notifications@oliverlg.com
   *Telephone Number*                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

  ☐ GRANTED
  ☐ DENIED.  Fee shall be returned by the Clerk.
  ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____         _____
                                       U. S. District Judge/U.S. Magistrate Judge