AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:12-cv-03651-SVW-JEM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Labrada Nutritional Systems, Inc.
was received by me on *(date)* 05/07/2012 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the summons on Labrada Nutritional Systems, Inc. via USPS certified mail on 5/7/2012 at 333 North Park Central Drive, #Z, Houston, Texas 77073. (Return receipt attached)

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/10/2012

*Server's signature*

Meaghan Skillman, Legal Assistant
*Printed name and title*

950 W. University Drive, Suite 200
Rochester, Michigan 48307
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 5/7/2012 |
| 1. Article Addressed to:<br>Labrada Nutritional Systems, Inc.<br>333 North Park Central Drive, #Z<br>Houston, TX 77073 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 2780 0002 8995 2129 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540